BANNUM, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Dismas Charities, Inc., Defendant–
Appellee.

No. 04–5125.

United States Court of Appeals,
Federal Circuit.

DECIDED: April 29, 2005.

Before MAYER, RADER, and
GAJARSA, Circuit Judges.

PER CURIAM.

The judgment of the Court of Federal Claims is *vacated* and this action *remanded* for further proceedings consistent with the opinion in *Bannum, Inc. v. United States*, 404 F.3d. 1346, No. 04–5008, 2005 WL 913487 (Fed.Cir. Apr. 21, 2005). Each side shall bear its own costs.